ORIGINAL

FILED

12/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0416

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0416

ANNELIES AIKING-TAYLOR,

    Plaintiff and Appellant,

v.

OLIVER SERANG,

    Defendant and Appellee.

FILED

DEC 29 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The Appellant in this matter has moved this Court for an extension of time in which to file her Reply Brief. Appellee does not object. Upon review of Appellant's motion, the Court finds good cause exists for Appellant's requested extension.

IT IS ORDERED that Appellant's Reply Brief in this matter is now due on or before February 3, 2020. No further extensions will be granted.

DATED this 29th day of December, 2020.

_____
Chief Justice